AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida  ▼

| | |
|---|---|
| JHONNY TABORDA )<br><br>_____ )<br>*Plaintiff(s)* )<br>v. )<br><br>FREEDOM MORTGAGE CORPORATION )<br><br>_____ )<br>*Defendant(s)* ) | Civil Action No.   1:26-cv-24232-EIS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> FREEDOM MORTGAGE CORPORATION
> CT CORPORATION SYSTEM
> 1200 S. PINE ISLAND ROAD
> PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> JHONNY TABORDA
> 16580 South Post Road
> Apt. 102
> Weston, Florida 33331

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Jun 17, 2026
_____



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ B. Chin*
_____
Deputy Clerk
U.S. District Courts