UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-24232-CIV-SANCHEZ

JHONNY TABORDA,

     Plaintiff,

v.

FREEDOM MORTGAGE CORPORATION,

     Defendant.

                                       /

### ORDER OF INSTRUCTIONS TO *PRO SE* LITIGANT

Like all litigants, *pro se* litigants (that is, self-represented litigants) are required to comply with procedural rules and the Court's orders. Accordingly, it is hereby **ORDERED** as follows:

1. Plaintiff, like all litigants, must adhere to and comply with the Federal Rules of Civil Procedure;[1] the Local Rules for the Southern District of Florida;[2] and the undersigned's posted Discovery Procedures.[3] Failure to comply with these rules may result in sanctions being imposed against a litigant, including a *pro se* litigant. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (concluding that a *pro se* litigant is subject to a court's rules and to the Federal Rules of Civil Procedure).

2. Unless Plaintiff requests that a Defendant waive service in accordance with Federal

---

[1] An electronic copy of the Federal Rules of Civil Procedure is available at: https://www.uscourts.gov/forms-rules/current-rules-practice-procedure/federal-rules-civil-procedure.

[2] An electronic copy of the Local Rules for the Southern District of Florida is available at: https://www.flsd.uscourts.gov/local-rules-and-procedures. Plaintiff is advised that, as used in the Local Rules, "the word 'counsel' [is] construed to apply to a party if that party is proceeding pro se." S.D. Fla. L.R. 1.1.

[3] The Discovery Procedures are posted at: https://www.flsd.uscourts.gov/sites/flsd/files/Discovery Procedures for Judge Sanchez.pdf.

Rule of Civil Procedure 4(d) and unless that Defendant thereafter waives service, it is Plaintiff's responsibility to serve the summons and complaint on each Defendant.  Under Federal Rule of Civil Procedure 4(m), service of the summons and complaint must be perfected upon each Defendant **within ninety (90) days** after the filing of the complaint.  If service cannot be accomplished upon a Defendant, the case will be dismissed as to that Defendant.  If there is only one Defendant and service cannot be achieved, the entire case will be dismissed.

3.   Every pleading, motion, memorandum, or other paper required and/or permitted to be filed with the Court must be filed by *pro se* litigants conventionally by submitting "hard copies [of the documents to be filed] containing an original, handwritten (wet) signature" to the Clerk's Office, either "in person or by U.S. mail."  CM/ECF Administrative Procedures §§ 1A, 2C.  All filings must include the case number, case style, and appropriate title on the first page, and must conform to the format required by Local Rule 5.1(a).  The signature block for each of Plaintiff's filings must also include the Plaintiff's name, address, telephone number, and email address.

4.   All papers filed with the Clerk of Court must also be served on opposing counsel, or on the opposing side if the opposing side is not represented by counsel.  Each filing must include a signed certificate of service indicating the name and address of the attorney or unrepresented party that was served with a copy of the filing, as well as the date and manner of service.  If any filing submitted to the Court to does not include the necessary certificate of service, the filing may be stricken by the Court.

5.   No letters, pleadings, motions, or other documents may be sent directly to a District Judge's or Magistrate Judge's chambers, including by email or other form of electronic communication.  Any paper submitted directly to a District Judge or Magistrate Judge rather than to the Clerk will be disregarded by the Court.

6.   Plaintiff is responsible for keeping the Court and Clerk advised at all times of Plaintiff's current contact information, that is, Plaintiff's current address, telephone number, and email address.  Plaintiff must file a "Notice of Change of Address/Contact Information" with the Clerk that sets forth Plaintiff's new contact information within no more than seven (7) days after there has been a change.  The Notice must comply with all filing and service requirements, as summarized above.  Plaintiff's failure to promptly update contact information shall not constitute grounds for relief from deadlines imposed by Rule or by the Court.  If Plaintiff's address changes and no notice of the change is filed with the Clerk, this case may be dismissed for lack of prosecution.

7.   Plaintiff bears the responsibility to actively pursue his or her case, obtain any essential discovery, file any necessary pleadings or motions, comply with all scheduling orders, and otherwise prepare the case for trial.  Failure to do so may result in dismissal for lack of prosecution.

8.   A *pro se* litigant who wishes to oppose a motion must file and serve a written response within the time periods provided by the Local Rules and the Federal Rules of Civil Procedure. Failure to respond to a motion may result in the granting of the motion by default.  Additionally, dispositive motions (such as motions to dismiss or motions for summary judgment) will, if granted, result in the dismissal of pertinent claims or the case or the entry of judgment.

9.   A litigant (including a *pro se* litigant), and his or her family, friends, or acquaintances must not call or email any Judge's office about this case.  No information about the case can be obtained from the Judge's office, and no Court employee can provide legal advice to any litigant, *pro se* or otherwise.  Brief case status information limited to the information contained on the case docket may be available from the Clerk of Court.

10. *Pro se* litigants interested in receiving electronic notification of orders, notices, and other documents that are filed in this case must file a "Consent by Pro Se Litigants (Non-Prisoner) to Receive Notice of Electronic Filing" form[4] and must register for a PACER (Public Access to Court Electronic Records) account.[5] *Pro se* litigants who consent to receive notices electronically are responsible for maintaining a current email address with the Court. After filing the consent form, the *pro se* litigant will receive case orders, notices, and other documents that have been filed via email; paper copies of filings will no longer be sent by the Court or opposing counsel. *Pro se* litigants who do not consent to receive notices electronically will only receive orders, notices, and other documents that have been filed via regular mail.

   **DONE AND ORDERED** in Chambers in Miami, Florida, this 17th day of June 2026.

   _____
   EDUARDO I. SANCHEZ
   UNITED STATES MAGISTRATE JUDGE

cc:   Jhonny Taborda, *pro se*
      16580 S. Post. Rd.
      Apt. 102
      Weston, FL 33331

---

[4] The form is available online at: https://www.flsd.uscourts.gov/forms/consent-pro-se-litigant-non-prisoner-receive-nefs

[5] *Pro se* litigants may register for a PACER account at: https://pacer.uscourts.gov/register-account