UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-24232-CIV-SANCHEZ

JHONNY TABORDA,

     Plaintiff,

v.

FREEDOM MORTGAGE CORPORATION,

     Defendant.

_____/

### ORDER REGARDING MAGISTRATE CONSENT JURISDICTION AND OPT-OUT PROCEDURE

Pursuant to Administrative Order 2025-11, which can be found on the Court's website at https://www.flsd.uscourts.gov/administrative-orders-year/2025, the undersigned United States Magistrate Judge has been assigned as the presiding judge in this case for all purposes, including entering any dispositive orders, presiding over any trial, and, if appropriate, entering a final judgment. A United States Magistrate Judge is a federal judge who will be able to provide the parties with a specially set trial date. Any appeal taken by any party in a case where a Magistrate Judge is the presiding judge would go directly to the United States Court of Appeals for the Eleventh Circuit.

However, a party has the right to opt out of Magistrate Judge jurisdiction without any adverse consequences and have this case reassigned to a United States District Judge. If any party does opt out of Magistrate Judge jurisdiction, then a United States District Judge will be assigned to preside over this case (including any trial), enter any dispositive orders, and, if appropriate, enter a final judgment. Under such circumstances, the undersigned United States Magistrate Judge would remain on the case as the paired Magistrate Judge and would enter any orders and/or report and recommendations on any matters referred by the District Judge.

1

Therefore, so that the Court is fully informed and this action can proceed in a timely and efficient manner, the current parties, including all *pro se* parties, are hereby **ORDERED** to complete and file on the docket in this case the attached Consent/Non-Consent Form **within 14 days of the date of this Order, that is, by July 1, 2026**, indicating either:

1. that, in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, the parties waive their right to proceed before a United States District Judge of this Court and voluntarily consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including trial, the entry of final judgment, and all post-trial proceedings; or

2. that the parties decline consent and choose to exercise their right to opt-out of Magistrate Judge jurisdiction and request that this action be reassigned to a United States District Judge as the presiding judge.

It is further **ORDERED** that any party who has not appeared in this case prior to the entry of this Order must complete and file the attached Consent/Non-Consent Form **within 14 days of the party's appearance in this case**.

**If a party fails to comply with this Order and does not complete and file the attached form within the time set forth above, that failure shall be deemed a waiver by that party of the opportunity to timely opt out of Magistrate Judge jurisdiction and shall amount to implied consent by that party to the continued exercise of Magistrate Judge jurisdiction. In that event, this case shall proceed in full before the undersigned United States Magistrate Judge for all purposes, including any trial, entering any dispositive order, and, if appropriate, a final judgment.** A party's continued filing of documents in the case, without first filing a completed Consent/Non-Consent Form, shall additionally be deemed consent by that party to Magistrate Judge jurisdiction over all aspects of the litigation, including any trial and the entry

2

of a dispositive order and final judgment.  *See Roell v. Withrow*, 538 U.S. 580, 591 (2003) (a party's consent to the Magistrate Judge's jurisdiction under § 636(c) is supplied by a "general appearance[] before the Magistrate Judge, after they ha[ve] been told of their right to be tried by a district judge").

Again, all parties have the absolute right to either consent to or opt-out of the exercise of Magistrate Judge jurisdiction.  ***However, the parties must timely comply with this Order to ensure the efficient disposition of the action***.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 17th day of June 2026.

_____
EDUARDO I. SANCHEZ
UNITED STATES MAGISTRATE JUDGE

cc:     Jhonny Taborda, *pro se*
        16580 S. Post. Rd.
        Apt. 102
        Weston, FL 33331

3

Adapted from AO 85

# UNITED STATES DISTRICT COURT
for the Southern District of Florida

|  |  |
|---|---|
| _____ | ) |
| *Plaintiff* | ) |
| *v.* | ) |
| _____ | ) |
| *Defendant* | ) Civil Action No. 26-24232-CIV-SANCHEZ |
|  | ) |
|  | ) |

## CONSENT/OPT-OUT FORM TO A CIVIL ACTION TO A MAGISTRATE JUDGE

### (CHECK ONLY ONE OPTION BELOW)

_____ I/We consent to have this case assigned to Magistrate Judge Eduardo I. Sanchez, to conduct all proceedings in the case, including trial, the entry of final judgment, and all post-trial proceedings, but preserving all rights to appeal to the Eleventh Circuit Court of Appeals.

_____ I/We decline consent and exercise my/our right to opt-out of magistrate judge jurisdiction and seek reassignment of the action to a District Judge as presiding Judge.

| *Printed names of party and attorney* | *Signatures of party or attorney* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |